# katherine daniels

April 21, 2020

The Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street, Rm. 11D
New York, NY 10007

*[Handwritten: Fact discovery is extended to June 12, 2020. May 18 conference adjourned to June 30, 2020 at 12:00 p.m. SO ORDERED. [signature] USDJ 4-22-20]*

**Re: GDRI v. NYCDOE, 12 CV 7387 (PKC) – DISCOVERY DELAYS**

Dear Judge Castel:

This office represents the Plaintiffs Gym Door Repairs, Inc. ("GDRI") and Safe Path Systems LLC in the above referenced case. We are writing to follow up on our letter motion dated April 8, 2020.

We have been waiting for Mr. Glotzer to respond, as he indicated to the Court that he would. ECF 130. However, the delay has now become prejudicial to Plaintiffs' ability to complete discovery.

We respectfully request that the Court "so order" the document subpoena to the NYC Comptroller's Office (ECF 129, Ex. 1), and schedule a telephone conference to discuss the status of discovery.

Respectfully submitted,

*Katherine J. Daniels*

cc: Counsel of record via ECF