UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GYM DOOR REPAIRS, INC., et al.,

                Plaintiffs,                12-cv-7387 (PKC)

    -against-                        <u>ORDER</u>

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The faux outrage from parties who did little to move this case from August 2018 to May 2019 is a bit much.  I will extend discovery one last time to September 30, 2020. Counsel for defendants shall respond to the substance of the claims that they have failed to produce documents in discovery within seven days.  The existing conference date remains as scheduled.

        SO ORDERED.

                                                  P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
         August 21, 2020