UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GYM DOOR REPAIRS, INC., et al.,

                Plaintiffs,                12-cv-7387 (PKC)

   -against-                            ORDER

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court has reviewed plaintiffs' letter of August 20, 2020, (Doc. 142), defendants' response of August 28, 2020, (Doc. 144), and plaintiffs' reply of September 2, 2020, (Doc. 145), and ORDERS as follows:

(1) In response to plaintiffs' initial letter of August 20, the Court has already extended discovery in this action to September 30, 2020. (Order of August 21, 2020; Doc. 143). No further extension is warranted.

(2) By September 24, 2020, defendants shall file an affidavit from a person or persons with knowledge and access to emails within defendants' custody or control stating that a diligent search has been made for the following and that none of the following have been located: (a) the emails described in the second and third paragraphs on page 3 of plaintiffs'' August 20, 2020 letter, (Doc. 142); and (b) the email described in the last paragraph on the first page of plaintiffs' letter of September 2, 2020, (Doc. 145).

(3) Defendants shall produce attorney Owen Conroy for a two-hour deposition limited to the issue of the manner in which the two Manhattan schools were selected for inspection.

(4) All other relief sought by either party is either moot or denied.


SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
September 10, 2020