UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GYM DOOR REPAIRS, INC., et al.,

                Plaintiff(s),                12-cv-7387 (PKC)

   -against-                              ORDER

NEW YORK CITY DEPARTMENT
OF EDUCATION, et al.,

                Defendant(s).
_____

CASTEL, U.S.D.J.

        This action is one of the oldest pending civil cases before any judge of this Court. It was referred to mediation in October 2020. In a report dated December 16, 2021, the Court was advised that "Through mediation, the parties have agreed to settlement terms and are waiting for the New York City Comptroller's Office to approve the recommendation from the Law Department." The last mediation session was held on November 16, 2021. Since the December 16 report, there has been utter silence.

        The parties shall appear before this Court on February 16, 2022 at 12:00 p.m. in Courtroom 11D for a conference at which this will set the schedule for Final Pre-Trial Submissions. This case is proceeding to trial.

        SO ORDERED.

                                                          P. Kevin Castel
                                             United States District Judge

Dated:  New York, New York
           February 11, 2022